Elizabeth EICKENROHT and Marvin Eickenroht (Marvin Eickenroht, Independent Executor of the Estate of Elizabeth Eickenroht, substituted as Appellant in place of Elizabeth Eickenroht, deceased), Appellants,

v.

UNITED GAS CORPORATION,
Appellee.

No. 17044.

United States Court of Appeals
Fifth Circuit.

May 20, 1958.

W. P. Dobbins and Dobbins, Howard & Smith, San Antonio, Tex., for appellants.

Josh H. Groce, San Antonio, Tex., Frank P. Christian, Eskridge, Groce &

Hebdon, San Antonio, Tex., of counsel, for appellee.

Before HUTCHESON, Chief Judge, and RIVES and CAMERON, Circuit Judges.

PER CURIAM.

The District Judge in his opinion and decision [1] in this case carefully and adequately found the facts and stated the controlling law. Of the view that the record supports his findings and decision, we affirm the judgment upon the considerations and for the reasons stated in his opinion.